UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **TRAVELOCITY.COM L.P.** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| **UNITED RESERVATION SERVICES, LLC, FRENKIL CONSULTANTS, INC., SAMUEL M. FRENKIL, JUDITH FRENKIL, MATTHEW L. FRENKIL, PERFEKT MARKETING, LLC, and THOMAS KELLY,** | § | Civil Action No. 3:13-cv-1656 |
| | § | |
| Defendants. | § | |

### STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS PERFEKT MARKETING, LLC AND THOMAS KELLY

Pursuant to Federal Rule of Civil Procedure 41, it is hereby stipulated and agreed, by and between Plaintiff Travelocity.com L.P. ("Travelocity") and Defendants Perfekt Marketing, LLC and Thomas Kelly that all claims and counterclaims therein be and hereby are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

*/s/ Kelly P. Chen*
Jamil N. Alibhai
Texas State Bar No. 00793248
jalibhai@munckwilson.com
Kelly P. Chen
Texas State Bar No. 24062664
kchen@munckwilson.com
Sarah J. Lopano
Texas State Bar No. 24079914
slopano@munckwilson.com
**MUNCK WILSON MANDALA, LLP**
600 Banner Place Tower
12770 Coit Road
Dallas, Texas 75251
Telephone: 972.628.3600
Telecopier: 972.628.3616

**ATTORNEYS FOR TRAVELOCITY.COM LP**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure on March 10, 2014.

*/s/ Kelly P. Chen*
Kelly P. Chen