UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **TRAVELOCITY.COM L.P.** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| **UNITED RESERVATION** | § | Civil Action No. 3:13-CV-1656 |
| **SERVICES, LLC, FRENKIL** | § | |
| **CONSULTANTS, INC., SAMUEL M.** | § | |
| **FRENKIL, JUDITH FRENKIL,** | § | |
| **MATTHEW L. FRENKIL,** | § | |
| **PERFEKT MARKETING, LLC,** | § | |
| **and THOMAS KELLY,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court is the Stipulation of Dismissal With Prejudice of Defendants Perfekt Marketing, LLC, and Thomas Kelly, filed March 10, 2014.  The court determines that this case should be dismissed against Defendants Perfekt Marketing, LLC and Thomas Kelly.  Accordingly, this action by Plaintiff Travelocity.com L.P. against Defendants Perfekt Marketing, LLC and Thomas Kelly is **dismissed with prejudice**.  The court shall retain jurisdiction to enforce the parties' settlement agreement.  All costs are to be taxed against the party incurring same.

**It is so ordered** this 12th day of March, 2014.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

ORDER - SOLO PAGE